■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KING DAVIS, Appellant. [749 NYS2d 204] —Appeal from an order of Onondaga County Court (Fahey, J.), entered January 17, 2002, which denied defendant's motion pursuant to CPL 440.30 (1-a) for DNA testing of certain evidence from a trial in 1978.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Memorandum: County Court properly denied defendant's motion pursuant to CPL 440.30 (1-a) for DNA testing of certain

evidence from a trial in 1978. Defendant failed to meet his burden of establishing that the evidence is still in existence (*see People v Ahlers*, 285 AD2d 664, *lv denied* 97 NY2d 701; *see also People v Logan*, 291 AD2d 459, *lv denied* 98 NY2d 638). Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Burns, JJ.